United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BRAYAN ALEXANDER SILVIA ESCALANTE, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-1348 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Counsel for the petitioner has filed a Motion to Dismiss Without Prejudice Under Rule 41(a)(2), asking that this matter be dismissed as filed in error as a clerical duplicate. (Docket Entry No. 8). The government has not filed a response to the motion. The motion (Docket Entry No. 8) is **granted**. Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, this case is **dismissed without prejudice**. Any pending motions are **denied as moot**.

SIGNED on September 25, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge